Form nodsc

# United States Bankruptcy Court
## Western District of Louisiana

**Case No.:** 13–81442
**Chapter:** 13
**Judge:** Henley A. Hunter

**In Re:** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Dennis P. McNeal
128 Doyle Lane
Dry Prong, LA 71423

**Social Security No.:**
xxx–xx–1672

**Employer's Tax I.D. No.:**

## NOTICE OF INELIGIBILITY TO RECEIVE CHAPTER 13

## DISCHARGE PURSUANT TO 11 USC §1328(f)(1) AND (2)

**Notice is hereby given:** Pursuant to 11 USC §1328(f), the court shall not grant a discharge in a chapter 13 case, if the debtor has received a discharge in a case filed under chapter 7, 11, or 12 during the 4–year period preceding the date of the order for relief under this chapter, or in a case filed under chapter 13 during the 2–year period preceding the date of such order. The above named debtor(s) obtained a chapter **7** discharge in **11–80321,** which was filed on **03/09/2011,** which is within **3** year(s) of the entry of the order for relief in the above captioned case that commenced on **12/2/13.**

Accordingly, notice is hereby given that the above named debtor(s) is ineligible to receive a discharge in the above captioned case, and none shall be issued.

Date: 12/11/13

Edward A. Takara
Clerk, U.S. Bankruptcy Court

By: /s/Melanie A. Welch
Deputy Clerk