UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

IN RE:                                                                                          CASE NO: 13-81442
    **DENNIS P. MCNEAL**
       Debtor(s)

## MOTION FOR TURNOVER AND DAMAGES

NOW INTO COURT, through undersigned counsel, comes Dennis P. McNeal, Chapter 13 debtor(s) herein, who respectfully submits the following:

1.

Debtor filed for relief under Chapter 13 of the Bankruptcy Code on December 2, 2013.

2.

Prior to the bankruptcy filing, Advance America had permission to debit the debtor's checking account.

3.

On December 11, 2013, counsel for debtor sent Advance America a notice of the bankruptcy case, along with a request to cancel the automatic debits and a request to refund the debits taken post petition.

4.

Debtor seeks an order directing Advance America to release and turnover the funds debited from debtors checking account after the filing of their bankruptcy case.

5.

Advance America has not refunded the funds debited post petition after having been notified of the bankruptcy filing and receiving a request the refund the money. Debtor submits that Advance America's actions constitute a willful violation of the Automatic Stay. Debtor

further submits that Advance America should be held liable to debtor for actual damages, including costs and attorney's fees.

6.

Debtors have incurred additional attorney's fees in the sum of $500.00 in connection with the preparation, noticing, filing, and hearing of this motion and assert that the fees incurred are actual damages caused by creditors willful violation of the automatic stay.

WHEREFORE, debtors pray for an order directing Advance America to refund all funds garnished post petition. Debtor further prays that they be awarded damages for the willful violation of the Automatic Stay including costs and attorney's fees for bringing this motion. Debtors further pray for such further relief, both legal and equitable, to which debtors may be entitled.

**Respectfully Submitted,**

**/s/ L. Laramie Henry**
**L. Laramie Henry (#26333)**
**Attorney at Law**
**P. O. Box 8536**
**Alexandria, LA 71306**
**(318) 445-6000**

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

IN RE: CASE NO: 13-81442
    **DENNIS P. MCNEAL**
    Debtor(s)

## CERTIFICATE OF SERVICE

    I certify that a copy of the forgoing MOTION FOR TURNOVER AND DAMAGES has been served upon the debtor via first class mail, postage prepaid, and upon all other interested parties identified below in the manner set forth below, on January 9, 2014, as to-wit:

**Via electronic means pursuant to the** *Administrative Procedures for Filing, Signing and Verifying Pleadings and Papers by Electronic Means as amended September 16, 2004*:

Jon C. Thornburg    ch13alex@ch13alex.com, ecfch13@ch13alex.com

Office of U. S. Trustee    USTPRegion05.SH.ECF@usdoj.gov

**Via first class mail, postage prepaid:**

Advance America
3322 Monroe St.
Alexandria, LA 71301

                                                            **/s/ L. Laramie Henry**
                                                            L. Laramie Henry