UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

IN RE:  DENNIS P. MCNEAL                     CASE NO. 13-81442

DEBTOR                                       CHAPTER 13

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**OBJECTION TO CONFIRMATION**

BSI Financial Services, Inc., as servicer for Homesave, LLC ("BSI Financial Services, Inc."), through undersigned counsel, respectfully objects to the confirmation of Debtor's Chapter 13 Plan based on the following representations:

1.

BSI Financial Services, Inc. is the holder of a promissory Note secured by an Act of Mortgage of even date and amount on the Property bearing the municipal address 74 Gladstone Street, Campbell, Ohio 44405.

2.

BSI Financial Services, Inc. is in the process of preparing its proof of claim and anticipates the pre-petition arrearage due to be approximately $23,785.66. Debtor's proposed Plan does not include BSI Financial Services, Inc. as a creditor and the property is not listed in Debtor's schedules. Therefore, the proposed Plan does not provide for the payment of the pre-petition arrearage or the ongoing payments due to BSI Financial Services, Inc. The Plan as stated impermissibly modifies BSI Financial Services, Inc.'s rights by failing to cure the default.

WHEREFORE, BSI Financial Services, Inc. prays that its objection be sustained and Debtor's Chapter 13 Plan be amended to resolve the objection or in the alternative the Court deny confirmation.

Respectfully submitted,

/s/ Tabitha Mangano
Tabitha Mangano (No. 32569)
Cris Jackson (No. 20876)
JACKSON & McPHERSON, L.L.C.
1010 Common Street, Suite 1800
New Orleans, LA 70112
Phone: 504-581-9444
Fax: 504-588-2888

Attorneys for Movant

## CERTIFICATE OF SERVICE

I certify that a copy of the Objection to Confirmation of BSI Financial Services, Inc. has been served on the Debtor at the address listed below by United States Mail, postage prepaid, and to Debtor's counsel and the Chapter 13 Trustee electronically, through CM/ECF on February 12, 2014.

Dennis P. McNeal
128 Doyle Lane
Dry Prong, LA 71423

L. Laramie Henry, Counsel for Debtor
laramie@henry-law.com

Jon C. Thornburg, Chapter 13 Trustee
ch13alex@ch13alex.com

/s/ Tabitha Mangano
Tabitha Mangano (No. 32569)