IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

IN RE:
DENNIS P. MCNEAL
DEBTOR(S)

13-81442
Chapter 13

## OBJECTION TO CONFIRMATION OF MODIFIED PLAN

NOW INTO COURT comes Jon C. Thornburg., Chapter 13 Standing Trustee who objects to the confirmation of the above debtor to be heard on MAY 1, 2014, in that:

1. The modified plan proposes to pay the secured creditor Capital One Auto for the 2012 Chevrolet Impala; however, no proof of claim has been filed for this claim.

WHEREFORE, the Trustee moves this Court for an Order denying confirmation of the plan, and granting the debtor a reasonable period of time to submit an amended plan which cures the objections above raised and/or dismissing this case and for all other just and proper relief.

Respectfully submitted this 24th day of APRIL 2014.

JON C. THORNBURG.
CHAPTER 13 STANDING TRUSTEE

Jon C. Thornburg., Trustee
Ryan Robison, Staff Attorney (Bar Roll #30695)
Brandi M. Jolley, Staff Attorney (Bar Roll #32170)
Post Office Box 1991
Alexandria, Louisiana 71309-1991
(318) 448-1306

### CERTIFICATE OF SERVICE

I DO HEREBY CERTIFY that a true and correct copy of the above and foregoing Objection to Confirmation of Plan has this day been served on the debtor(s) and the debtor(s) attorney by placing a copy of the same in the United States Mail, postage prepaid, addressed to:

DENNIS P. MCNEAL
128 DOYLE LANE
DRY PRONG, LA 71423

L. LARAMIE HENRY
ATTORNEY AT LAW
PO BOX 8536
ALEXANDRIA LA 71306

Alexandria, Louisiana, this 24th day of APRIL 2014.      By: