The Chapter 13 Trustee is relieved of the obligation of making payment on any secured claim held by this creditor as to this collateral.



**SO ORDERED.**

**SIGNED June 16, 2014.**

_____
**HENLEY A. HUNTER**
**UNITED STATES BANKRUPTCY JUDGE**
_____

UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| IN RE:    DENNIS P. MCNEAL | CASE NO. 13-81442 |
| DEBTOR | CHAPTER 13 |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER LIFTING STAY**

Considering the motion for relief from stay of BSI Financial Services, Inc., as servicer for Homesave, LLC ("BSI Financial Services, Inc."), which was scheduled for hearing on June 19, 2014, the lack of written opposition filed by the response deadline of May 29, 2014, and the Court having determined that BSI Financial Services, Inc. is entitled to relief as prayed for, accordingly:

IT IS ORDERED that the automatic stay pursuant to 11 U.S.C. Section 362 is LIFTED, the stay restrictions under Rule 4001(a)(3) are hereby waived and BSI Financial Services, Inc. is authorized to enforce judicially its mortgage in its state court foreclosure proceeding immediately upon entry of this Order on the following described Property:

SITUATED IN THE CITY OF CAMPBELL, COUNTY OF MAHONING AND STATE OF OHIO AND KNOWN AS BEING CAMPBELL CITY LOT NO. 3168 ACCORDING TO THE LATESTENUMERATION OF LOTS IN SAID CITY, AS RECORDED IN VOLUME II OF PLATS, PAGE 34,MAHONING COUNTY RECORDS. SAID LOT HAS A FRONTAGE OF 48.54 FEET ON THE NORTHERLY LINE OF GLADSTONE STREET AND EXTENDS BACK ON ITS EASTERLY LINE 150 FEET, AND ON ITS WESTERLY LINE 150 FEET, HAVING REAR LINE OF 48.54 FEET, AS APPEARS BY SAID PLAT. BE THE SAME MORE OR LESS, BUT SUBJECT TO ALL LEGAL HIGHWAYS.
COMMONLY KNOWN AS 74 GLADSTONE ST, CAMPBELL, OH 44405
PARCEL 460140152000
PRIOR DEED REFERENCE BOOK 5464 PAGE 1888
 Municipal Address: 74 Gladstone Street, Campbell, Ohio 44405

IT IS FURTHER ORDERED that upon entry of this Order Lifting Stay BSI Financial Services, Inc. will no longer be filing any additional payment change notifications or post-petition fee, expense and charge notifications in conjunction with the aforementioned loan.

IT IS FURTHER ORDERED that this Order Lifting Stay shall remain in full force and effect if this case is converted to any other chapter of the Bankruptcy Code.

###

This order was prepared and is being submitted by:
JACKSON & McPHERSON, L.L.C.
By: Tabitha Mangano (Bar No. 32569)
1010 Common Street, Suite 1800
New Orleans, LA 70112
Phone: 504-581-9444